# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0009. DELANO WRIGHT v. CONNIE TAYLOR, CLERK OF COBB SUPERIOR COURT.**

Upon consideration of appellant's motion for a writ of mandamus, same is hereby denied for failure to comply with the requirements of Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  08/23/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*